# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 95CR1882-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| FRANCISCA RAMIREZ (2), | |
| Defendant. | |

Upon the motion of the government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Francisa Ramirez is **dismissed without prejudice**. The defendant is hereby discharged as to this case only and the arrest warrant issued by Magistrate Judge Leo S. Papas on November 1, 1995 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 5, 2015

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE